## STATEMENT OF FACTS

On August 26, 2025, at approximately 7:45 PM, Metropolitan Police Department ("MPD") Officers along with FBI and ATF federal agents were conducting patrol operations in the 1800 block of 7th Street NW in department-issued police vehicles. Officers observed Defendant Gary Yates (hereinafter referenced as "YATES") standing at the bus stop on the west side of 1800 7th Street NW. Officers approached and detained YATES because they believed he was a fugitive based on his physical appearance matching that of an individual wanted by law enforcement. At the time of the stop, YATES had a green drawstring bag on his shoulder. YATES provided his name at the officer's request. Upon a query of law enforcement databases, officers confirmed that YATES was not the wanted individual they originally thought he was, but YATES did have two outstanding warrants. YATES had a bench warrant from D.C. Superior Court for failure to appear in 2025 CMD 002346 (Possession of a Controlled Substance – Fentanyl) issued by the Honorable Laura Cordero on March 31, 2025. YATES also had an arrest warrant issued by the U.S. Marshals Service on April 1, 2025 for a parole violation.

YATES was transferred to the MPD Third District Station for processing. A search of YATES' green drawstring bag revealed 23 loose rounds of .22 caliber ammunition. On YATES person, he had .57 grams (gross weight) of white powdery substance that field-tested positive for cocaine and .51 grams (gross weight) of brown powdery substance that field-tested positive for amphetamines.

YATES has a prior felony conviction in the District of Columbia for Distribution of a Controlled Substance – Fentanyl, Case No. 2019 CF2 007769, an offense punishable by more than one year of imprisonment. Accordingly, YATES would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the ammunition.

Your affiant is aware there are no ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Gary Randolph YATES with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

_____
SPECIAL AGENT AMANDA VITERETTI
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 27th day of August 2025.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE