AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

**RECEIVED**

By USMS District of Columbia District Court at 6:25 pm, Aug 27, 2025

| | | |
|---|---|---|
| United States of America | ) | Case: 1:25-mj-00184 |
| v. | ) | Assigned To: Judge Harvey, G. Michael |
| GARY RANDOLPH YATES III | ) | Assign. Date: 8/27/2025 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| _____ | | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GARY RANDOLPH YATES III                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable
by Imprisonment for a Term Exceeding One Year

Date:    08/27/2025
_____
*Issuing officer's signature*

City and state:    Washington, DC
_____
G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  08/27/25 , and the person was arrested on *(date)*  8/28/25 |
| at *(city and state)*  Washington DC . |
| Date: 8/28/25 |
| _____ |
| *Arresting officer's signature* |
| D. Stallman - DUSM |
| *Printed name and title* |